# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0014.  MARCI MIRONOV v. JEFF MIRONOV.

Marci Mironov and Jeff Mironov divorced in 2006.  Marci Mironov filed a complaint for modification of alimony and child support in 2010.  The parties entered a Consent Final Order, which upwardly modified the child support award.  Both parties requested attorney fees, pursuant to OCGA § 19-6-15 (k) (5).  The trial court concluded that each party should be responsible for their own attorney fees.  Marci Mironov seeks discretionary review of the trial court's order.

The sole and underlying issue involved in this application is the order on attorney fees, which is based upon the determination of which party prevailed in the child support modification action.  Under the Georgia Constitution of 1983, Art VI, Sec. I, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." *Schmidt v. Schmidt*, 270 Ga. 461, 462 (2) (510 SE2d 810) (1999).  In Georgia, child support is a form of alimony.  *Smith v. Smith*, 254 Ga. 450, 451 (330 SE2d 706) (1985) (the purpose of alimony is to provide *support* for the needy spouse and minor children).  Because the attorney fees issue is ancillary to the child support award, this court lacks appellate jurisdiction over this application.  See *Haley v. Haley,* 282 Ga. 204 (647 SE2d 10) (2007); *Keeler v. Keeler*, 263 Ga. 151 (430 SE2d 5) (1993).  Accordingly, this application is TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/12/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*